This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.



*John E. Hoffman, Jr.*
United States Bankruptcy Judge

Dated: April 26, 2017

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In the Matter of: | Case No. 2:10-bk-58583 |
| GEORGE BAVELIS, | Chapter 11 |
| Debtor. | Judge John E. Hoffman Jr. |

| | |
|---|---|
| GEORGE BAVELIS, | |
| Plaintiff, | |
| vs. | Adv. Proc. No. 2:10-ap-02508 |
| TED DOUKAS, et al., | |
| Defendants. | |

### FINAL JUDGMENT AWARDING SANCTIONS IN FAVOR OF GEORGE A. BAVELIS

[Related Doc. Nos. Main 899; Adv. 708]

For the reasons set forth in the Court's prior sanctions opinion, Bavelis v. Doukas (In re Bavelis), 563 B.R. 672 (Bankr. S.D. Ohio 2017), and in the Court's April 24, 2017, Amended Bench Decision Awarding George A. Bavelis Attorneys' Fees and Expenses That He Would Not

Have Incurred But For The Bad-Faith Litigation Conduct of Gary A. Goldstein, Ted Doukas, and Quick Capital of Long Island Corp. [Main Doc. No. 899; Adv. Doc. No. 708 (collectively, the sanctions decision and Bench Decision are described as the "Sanctions Decisions")], the Court hereby enters the following final judgment in favor of Mr. Bavelis and against Respondents Ted Doukas, Gary A. Goldstein, and Quick Capital of Long Island Corp. ("Respondents"). Respondents are liable for bad faith litigation conduct, as described in the Sanctions Decisions, which are adopted and incorporated herein. As a result, Mr. Bavelis is awarded fees and expenses against Respondents, jointly and severally, in the amount of **$257,228.31**.

IT IS SO ORDERED. This is a final judgment.

Copies to:

Default List
Attorneys for Plaintiff
Attorneys for Defendants
Franklin C. Davis, Esq., Counsel for Quick Capital and Doukas (electronically)
Kevin R. Conners, Esq., Counsel for Gary Goldstein (electronically)
Gary A Goldstein, Esq., 111 South Calvert St., Baltimore, MD 21201
Gary A Goldstein, Esq., 1710 Lands End Road, Manalapan, FL 33462
Ted Doukas, 70 Split Rock Road, Syosset, NY 11791
Ted Doukas, 4713 Villa Mare Lane, Naples, Florida, 34103-3473
Ted Doukas, 19202 Cloister Lake Lane, Boca Raton, FL 33498-4856
Quick Capital of L.I. Corp., c/o Ted Doukas, Registered Agent,
  70 Split Rock Road, Syosset, NY 11791
Attorney Grievance Commission of Maryland, 200 Harry S. Truman Parkway,
Suite 300, Annapolis, MD 21401

# # #

920-001:661466

2