This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



*John E. Hoffman, Jr.*
John E. Hoffman, Jr.
United States Bankruptcy Judge

Dated: June 21, 2017

---

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In the Matter of: : | Case No. 2:10-bk-58583 |
| : | |
| : | Chapter 11 |
| GEORGE BAVELIS, : | |
| : | Judge John E. Hoffman Jr. |
| Debtor. : | |

---

| | |
|---|---|
| GEORGE BAVELIS, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| vs. : | Adv. Proc. No. 2:10-ap-02508 |
| : | |
| TED DOUKAS, et al., : | |
| : | |
| Defendants. : | |

**ORDER GRANTING PLAINTIFF GEORGE A. BAVELIS'
MOTION FOR AN ORDER PERMITTING PLAINTIFF TO IMMEDIATELY
REGISTER THE COURT'S APRIL 26, 2017 FINAL JUDGMENT AWARDING
SANCTIONS IN FAVOR OF GEORGE A. BAVELIS WITH THE U.S. DISTRICT
COURT FOR THE EASTERN DISTRICT OF TENNESSEE AND THE U.S. DISTRICT
<u>COURT FOR THE SOUTHERN DISTRICT OF FLORIDA</u>**

[Related Adv. Doc. No. 721]

This matter is before the Court to consider the Motion for an Order Permitting Plaintiff to Immediately Register the Court's April 26, 2017 Final Judgment Awarding Sanctions in Favor of George A. Bavelis with the U.S. District Court for the Eastern District of Tennessee and the U.S. District Court for the Southern District of Florida. The deadline for any parties to file a memorandum in opposition to the subject motion was June 15, 2017. No such memoranda were filed by the deadline.

Therefore, upon consideration, the Court finds said Motion to be meritorious, and it is hereby GRANTED. Mr. Bavelis is authorized to Immediately Register the Court's April 26, 2017 Final Judgment Awarding Sanctions in Favor of George A. Bavelis with the U.S. District Court for the Eastern District of Tennessee and the U.S. District Court for the Southern District of Florida.

IT IS SO ORDERED.

Copies to:

Default List
Attorneys for Plaintiff
Attorneys for Defendants
Franklin C. Davis, Esq., Counsel for Quick Capital and Doukas (electronically)
Kevin R. Conners, Esq., Counsel for Gary Goldstein (electronically)
Gary A Goldstein, Esq., 111 South Calvert St., Baltimore, MD 21201
Ted Doukas, 70 Split Rock Road, Syosset, NY 11791
Ted Doukas, 4713 Villa Mare Lane, Naples, Florida, 34103-3473
Ted Doukas, 19202 Cloister Lake Lane, Boca Raton, FL 33498-4856
Quick Capital of L.I. Corp., c/o Ted Doukas, Registered Agent,
70 Split Rock Road, Syosset, NY 11791

#   #   #