UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In the Matter of:

GEORGE BAVELIS,                    Case No. 0:17-mc-61269-RLR

    Debtor.

_____

GEORGE BAVELIS,

    Plaintiff,

v.

TED DOUKAS, *et al.*,

    Defendants.
_____/

**NOTICE OF TAKING DEPOSITION IN AID OF EXECUTION**

    PLEASE TAKE NOTICE that Plaintiff, George Bavelis, will take the deposition in aid of execution of Defendant, Ted Doukas, on Thursday, January 28, 2021 at 10:00 a.m. The deposition shall be conducted remotely as follows:

VIA ZOOM

RPRSC is inviting you to a scheduled Zoom meeting.

Topic: Deposition of Ted Doukas
Time: Jan 28, 2021 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://zoom.us/j/98469450662

Meeting ID: 984 6945 0662

CASE NO. 0:17-mc-61269-RLR

One tap mobile
+13126266799,,98469450662# US (Chicago)
+19292056099,,98469450662# US (New York)

Dial by your location
    +1 312 626 6799 US (Chicago)
    +1 929 205 6099 US (New York)
    +1 301 715 8592 US (Washington D.C)
    +1 346 248 7799 US (Houston)
    +1 669 900 6833 US (San Jose)
    +1 253 215 8782 US (Tacoma)
Meeting ID: 984 6945 0662
Find your local number: https://zoom.us/u/avVUgT0e5

---

The deposition shall be conducted pursuant to the Federal Rules of Civil Procedure and shall continue day to day, excluding weekends and holidays, until completed.

Respectfully submitted,

**RICE PUGATCH ROBINSON STORFER & COHEN, PLLC**
*Attorneys for Plaintiff*
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone (954) 462-8000
Facsimile (954) 462-4300

By:   /s/ Shay B. Cohen
        RICHARD B. STORFER
        Florida Bar No. 984523
        rstorfer@rprslaw.com
        SHAY B. COHEN
        Florida Bar No. 111427
        scohen@rprslaw.com

CASE NO. 0:17-mc-61269-RLR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by Email to Paul DeCailly, Esq., DeCailly Law Group, P.A., Post Office Box 490, Indian Rocks Beach, Florida 33785 at pdecailly@DLG4ME.com; and Gary A. Goldstein at gary@gagpa.com and First Class U.S. Mail to Gary A. Goldstein, 1710 Lands End Road, Manalapan, Florida 33462; and 111 South Calvert Street, Baltimore, Maryland 21201 this 8th day of January, 2021.

/s/ Shay B. Cohen
SHAY B. COHEN

J:\WPDocs\5988.001 Bavelis v. Doukas\Notice of Taking Deposition-Doukas.doc